**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jorge SANCHEZ, Defendant—
Appellant.**

**No. 06–50542.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007 *.

Filed July 16, 2007.

Jeffrey Schenk, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

John C. Lemon, Esq., San Diego, CA, for Defendant–Appellant.

Before: LEAVY, THOMAS, and BERZON, Circuit Judges.

MEMORANDUM **

Jorge Sanchez appeals from the three-year sentence imposed following his guilty-plea conviction to one count of possession of marijuana with intent to distribute in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate Sanchez's sentence and remand for re-sentencing.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Sanchez contends that the district court erred by imposing a two-level upward adjustment pursuant to U.S.S.G. § 3B1.4 for using a minor to commit a crime. We conclude that the district court did not clearly err in finding that Sanchez affirmatively used his children in his crime. *See United States v. Castro–Hernandez,* 258 F.3d 1057, 1060–61 (9th Cir.2001).

Sanchez also contends that the district court erred by failing to consider the relevant actors in determining his minor role adjustment pursuant to U.S.S.G. § 3B1.2. Sanchez testified that he was paid by a supplier and the drugs were to be picked up by a distributor. Accordingly, we conclude that the district court erred by failing to consider Sanchez's culpability in relation to these other co-participants that were named in the record. *See United States v. Rojas–Millan,* 234 F.3d 464, 472–74 (9th Cir.2000).

Because we vacate and remand, we do not address Sanchez's remaining contentions. We note however, that it is unclear which probation-recommended Guidelines range the district court adopted. *See United States v. Cantrell,* 433 F.3d 1269, 1279 (9th Cir.2006).

**VACATED and REMANDED.**